UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

**WISCONSIN LABORERS HEALTH FUND, et al,**

**Plaintiffs,**

**v.**                                                    Case No.  **21-cv-416**

**EXPERT DEMOLITION, INC.,**

**Defendant.**

---

## ORDER AND ENTRY OF JUDGMENT

---

Request and motion for default judgment brought by the Plaintiffs in the above-captioned action was submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1.     Defendant Expert Demolition, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2.     Defendant Expert Demolition, Inc. violated the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds.

3.     Due to Defendant's failure, Plaintiffs are entitled to damages consisting of contributions, liquidated damages, interest, and costs.

4.     Based on the affidavits submitted by Plaintiffs in support of default judgment, the Court assesses the following damages:

- Contributions in the amount of $547.80;

1

- Liquidated damages in the amount of $109.07;
- Interest in the amount of $57.48;
- Attorney Fees in the amount of $2,790.00; and
- Costs of prosecution in the amount of $642.00.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Wisconsin Laborers Health Fund, Wisconsin Laborers Pension Fund, Wisconsin Laborers Apprenticeship and Training Fund, Wisconsin Laborers Drug Fund, Building and Public Works Laborers Vacation Fund, John J. Schmitt, Wisconsin Laborers District Council, and Wisconsin Laborers-Employers Cooperation and Education Trust Fund, and against Defendant Expert Demolition, Inc. in the amount of $4,146.35 together with interest at the rate allowed by law.

Dated this 30th day of _NOVEMBER_, 2021

_____
U. S. District Court Judge

Judgment is entered this 30th day of November, 2021.

__s/ R. Swanson, Deputy Clerk_____
Peter Oppeneer, Clerk of Court

2